UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ALLEN STEFFEN,<br><br>        Petitioner,<br><br>        v.<br><br>P.D. BRAZELTON, WARDEN,<br><br>        Respondent. | CASE NO. CV 12-2631-SVW (PJW)<br><br>ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE DISMISSED |

    On March 16, 2012, Petitioner constructively filed a Petition for Writ of Habeas Corpus, seeking to challenge his December 2007 state conviction for murder. (Petition at 2.) In the Petition, he claims that his right to be secure against unreasonable search and seizure was violated, his trial counsel was ineffective, the prosecution committed misconduct, and the evidence was insufficient to support his conviction. (Petition at 5-6.) For the following reasons, Petitioner is ordered to show cause why his Petition should not be dismissed because it is time-barred.

    State prisoners seeking to challenge their state convictions in federal habeas corpus proceedings are subject to a one-year statute of limitations. 28 U.S.C. § 2244(d). Here, Petitioner's conviction became final on February 8, 2010--90 days after the state supreme

1 court denied his petition for review and the time expired for him to
2 file a petition for writ of certiorari with the United States Supreme
3 Court.  *See, e.g., Brambles v. Duncan*, 412 F.3d 1066, 1069 (9th Cir.
4 2005).  Therefore, the statute of limitations expired one year later,
5 on February 8, 2011.  *See Patterson v. Stewart*, 251 F.3d 1243, 1246
6 (9th Cir. 2001).  Petitioner, however, did not file this Petition
7 until March 16, 2012, more than a year after the deadline.
8      IT IS THEREFORE ORDERED that, no later than **April 27, 2012**,
9 Petitioner shall inform the Court in writing why this case should not
10 be dismissed with prejudice because it is barred by the statute of
11 limitations.  Failure to timely file a response will result in a
12 recommendation that this case be dismissed.
13      DATED:   March 28, 2012

16      PATRICK J. WALSH
        UNITED STATES MAGISTRATE JUDGE

28 S:\PJW\Cases-State Habeas\STEFFEN, M 2631\OSC dismiss pet.wpd

2