UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARK ALLAN STEFFEN, | ) | CASE NO. CV 12-2631-SVW (PJW) |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| P.D. BRAZELTON, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:    April 30, 2013   .

                                          STEPHEN V. WILSON
                                          UNITED STATES DISTRICT JUDGE